UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-81070-CIV-DIMITROULEAS

TRUDY B. DI DOMENICO,  Magistrate Judge Snow

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security
Administration,

    Defendant.
_____/

### ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court upon the Report and Recommendation [DE 21] of Magistrate Judge Snow entered on April 25, 2011.  As no timely objections were filed, the Magistrate Judge's factual findings in the Report are hereby adopted and deemed incorporated into this opinion.  LoConte v. Dugger, 847 F.2d 745, 749-50 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988); RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a de novo review of the Report and record and is otherwise fully advised in the premises.  This Court agrees with the reasoning and analysis of the Magistrate Judge that Plaintiff's Motion for Summary Judgment [DE 14] be granted and that Defendant's Motion for Summary Judgment [DE 16] be denied.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The Magistrate Judge's Report and Recommendation [DE 21] is hereby **ADOPTED**;

2.     Plaintiff's Motion for Summary Judgment [DE 14] is hereby **GRANTED.**

3. This case is hereby **REMANDED** to the ALJ at which the ALJ shall (1) recall Dr. Griscom to permit him to consider the 1998 and 2008 MRI evidence, or call another medical expert to evaluate all the pertinent medical evidence; (2) reassess the weight to be accorded to the plaintiff's treating physicians in a manner consistent with <u>Lewis v. Callahan</u>, 125 F.3d 1436, 1440 (11th Cir. 1997), and (3) present a hypothetical to the vocational expert which incorporates any revised medical assessments and addresses the omissions discussed in Section V B of Magistrate Judge Snow's Report and Recommendation [DE 21] ;

4. Defendant's Motion for Summary Judgment [DE 16] is hereby **DENIED**;

5. The Clerk shall **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of May, 2011.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Magistrate Judge Snow

Counsel of record